AO91 (Rev. 12/03)  Criminal Complaint  FELONY  AUSA

United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

*October 19, 2021*

Southern District Of Texas Brownsville Division

Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**
**vs.**

Emilia GALLEGOS-Aviles
A220 677 998  United States Citizen

**CRIMINAL COMPLAINT**

Case Number:  1:21-MJ- 981

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about ___October 17, 2021___ in ___Cameron___ County, in the ___Southern District Of Texas___ defendant(s) knowingly, willfully, and in reckless disregard of the fact that one (1) undocumented alien had entered the United States in violation of law and remained in the United States in violation of law, did transport and move said alien by means of a motor vehicle with intent to further their unlawful presence,

in violation of Title ___8___ United States Code, Section(s) ___1324(a)(1)(A)(ii)___

I further state that I am a(n) ___Border Patrol Agent___ and that this complaint is based on the following facts:

On October 17, 2021, at approximately 06:05pm, a grey in color Dodge Ram 1500 approached the Hwy 4 Checkpoint in Brownsville, Texas. The motor vehicle was being driven by a female driver, later identified as Emilia GALLEGOS-Aviles. Also in the vehicle was a male sitting in the passenger side of the vehicle, later identified as Juan Gerardo QUISTIAN. Upon inspection of the vehicle passengers, it was determined that GALLEGOS was a U.S. Citizen and QUISTIAN was a Mexican National illegally in the United States. Later at the Fort Brown Border Patrol Station and after further investigation it was determined that GALLEGOS was attempting to smuggle subject QUISTIAN for monetary gain by means of a motor vehicle with intent to further his unlawful presence.

Subject QUISTIAN had $15 USD and $1550 Mexican Pesos at the time of arrest.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Troncoso, Jose L.  Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

___October 19, 2021___
Date

at  ___Brownsville, Texas___
City/State

___Ronald G. Morgan___  ___U.S. Magistrate Judge___
Name of Judge  Title of Judge

Signature of Judge